UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| GREGORY D. MORIN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) No. 2:25-cv-00398-LEW |
| | ) |
| MAINE DEPARTMENT OF HEALTH | ) |
| AND HUMAN SERVICES, *et al.*, | ) |
| | ) |
| Defendants | ) |

**ORDER AFFIRMING RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On October 24, 2025, United States Magistrate Judge John C. Nivison filed with the court, with a copy to pro se Plaintiff, his Recommended Decision on Plaintiff's claims against multiple defendants involved in Maine's child protection system and certain law enforcement officers. The Plaintiff filed his Objection to the Recommended Decision on November 7, 2025 (ECF No. 7). I have reviewed and considered the Complaint, the Recommended Decision, and the Objection, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** (ECF No. 6). Pursuant to 28 U.S.C. § 1915, Counts I through VI of the Complaint are **DISMISSED**. As recommended, the Complaint is construed to assert a claim of unlawful seizure and removal of a minor child in violation of the Fourth Amendment and that claim alone will proceed exclusively against, and with U.S. Marshal service upon, Defendants

Lynne DeAmelio-Rafferty, Rebekah Gross, Bradley MacDonald, Rodney Rossignol, and Christopher Walles.

**SO ORDERED.**

Dated this 23rd day of December, 2025.

                                                /s/ Lance E. Walker
                                               CHIEF U.S. DISTRICT JUDGE